JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT AND NORA COLENZO, | ) CASE NO. CV 09-00816 MMM (AJWx) |
| Plaintiffs, | ) |
| | ) JUDGMENT FOR DEFENDANTS |
| vs. | ) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of IndyMac Bank, F.S.B., | ) |
| Defendant. | ) |

On April 28, 2010, the court granted the motions to dismiss filed by the Office of Thrift Supervision and the Federal Deposit Insurance Corporation without leave to amend. On April 25, 2011, the court granted with prejudice a motion to dismiss filed by defendant Ernst & Young, LLP. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs take nothing by way of their complaint; and
2. That the action be, and it hereby is, dismissed.

DATED: April 25, 2011

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE